UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Case No. 11-cr-039-01 SM

David Carlton Hall

O R D E R

The defendant David Carlton Hall, through counsel, has moved to continue the trial scheduled for May 17, 2011 until after July 26, 2011, citing the need for additional time to prepare for trial or other disposition. The Government assents to the proposed continuance of the trial date.

Accordingly, for the above reasons, the court will continue the trial from May 17, 2011 to August 2, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The defendant shall file a waiver of speedy trial not later than May 13, 2011.

Final Pretrial Conference:	July 22, 2011 at 10:30 AM

Jury Selection:	August 2, 2011 at 9:30 AM

SO ORDERED.

May 4, 2011	_____
	Steven J. McAuliffe
	Chief Judge

cc:  Counsel of Record
     U. S. Probation
     U. S. Marshal